EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

WES REBER PORTER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850
Facsimile: 541-2958
wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. CR03 00024 |
| Plaintiff, | INDICTMENT |
| vs. | [18 U.S.C. § 2113(a)] |
| APOLLO LEEMOT THOMPSON | |
| Defendant. | |

### I N D I C T M E N T

The Grand Jury charges that:

On or about January 3, 2003, in the District of Hawaii, defendant APOLLO LEEMOT THOMPSON, by intimidation, did take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of Territorial

Savings Bank, a bank as defined in Title 18, United States Code, Section 2113(f).

In violation of Title 18, United States Code, Section 2113(a).

DATED: January 8, 2003 at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

WES REBER PORTER
Assistant U.S. Attorney

United States v. APOLLO LEEMOT THOMPSON
Cr. No.
"INDICTMENT"